# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

153780

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MARVIN SCOTT HORN,
        Defendant-Appellant.

SC: 153780
COA: 331919
Kalamazoo CC: 2006-000427-FC

_____/

On order of the Court, the application for leave to appeal the April 26, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

d0123